```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 06-cr-219-PB

**Derrick Kerrins**

**S E A L E D**
**O R D E R**

The defendant has moved to continue the March 6, 2007 trial in the above case, citing the need for additional time to complete discovery and engage in further plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 6, 2007 to May 1, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 21, 2007 final pretrial conference is continued to April 17, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 20, 2007

cc: Michael Iacopino, Esq.
    Robert Veiga, Esq.
    United States Probation
    United States Marshal