```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                               Case No. 06-cr-219-PB

**Derrick Kerrins**

## S E A LE D
## O R D E R

    The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case, citing the need for a continuance as he continues to cooperate with the government. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to December 4, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The October 25, 2007 final pretrial conference is continued to November 27, 2007 at 4:15 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 25, 2007

cc: Michael Iacopino, Esq.
    Robert Veiga, AUSA
    United States Probation
    United States Marshal